IN THE UNITED STATES BANKRUPTCY COURT FOR
THE SOUTHERN DISTRICT OF MISSISSIPPI

IN THE MATTER OF:                                                                      CHAPTER 13 NO.:

ROBIN KENDALL PARKER                                                      19-02418 – NPO

**TRUSTEE'S RESPONSE TO DEBTOR'S MOTION**
**TO SELL PROPERTY FREE AND CLEAR OF LIENS**

COMES NOW Trustee, Harold J. Barkley, Jr., and files this his Response to the Debtor's Motion to Sell Property Free and Clear of Liens (DK # 29); and in support thereof would most respectfully show unto this Honorable Court as follows:

1. THAT, the net sale proceeds after payment of closing costs and fees, if any, should be turned over to the Trustee for disbursement.

2. Other grounds to be shown at a hearing hereon.

WHEREFORE, PREMISES CONSIDERED, Trustee prays that this Response be received and filed and upon a hearing hereon this Honorable Court will enter its Order sustaining Trustee's Response and for such other, further and general relief to which the Trustee and this bankrupt estate may be entitled.

Dated:  October 29, 2019

Respectfully submitted,

/s/ Harold J. Barkley, Jr.
HAROLD J. BARKLEY, JR. – MSB #2008
CHAPTER 13 TRUSTEE
POST OFFICE BOX 4476
JACKSON, MS 39296-4476
PHONE:  601/362-6161
FAX:  601/362-8826
E-MAIL:  HJB@HBARKLEY13.COM

## **C E R T I F I C A T E**

I, Harold J. Barkley, Jr., Trustee, do hereby certify that I have this date mailed a true and correct copy of the foregoing pleading to the following parties by United States Mail, postage prepaid or by ECF Filing Notification:

Office of the U S Trustee
ustpregion05.ja.ecf@usdoj.gov

Hon. Jordan L. Ash
lynn@ashlaw.ms

Robin Kendall Parker
370 Lakeview Drive
Yazoo City, MS 39194

Bankplus
1068 Highland Colony
Suite 200
Ridgeland, MS 39157

Bankplus
1068 Highland Colony Parkway
Suite 300
Ridgeland, MS 39157

Bankplus
PO Box 1087
Yazoo City, MS 39194


Dated:  October 29, 2019

/s/ Harold J. Barkley, Jr.
HAROLD J. BARKLEY, JR.