

**SO ORDERED,**

**Judge Neil P. Olack**
United States Bankruptcy Judge
Date Signed: December 17, 2019

The Order of the Court is set forth below. The docket reflects the date entered.

---

IN THE UNITED STATES BANKRUPTCY COURT FOR
THE SOUTHERN DISTRICT OF MISSISSIPPI

IN THE MATTER OF:                                           CHAPTER 13 NO.:

ROBIN KENDALL PARKER                                        19 – 02418 – NPO

## AGREED ORDER

THIS CAUSE was set for hearing on December 16, 2019 on the Debtor's Motion for Approval to Sell Property Free and Clear of Liens [DK #29] and the Trustee's Response [DK #32]; and after notice and opportunity for hearing and the Court being fully advised finds that the parties agree as follows:

THAT, the Debtor's Motion for Approval to Sell Property Free and Clear of Liens is hereby denied.

##END OF ORDER##

AGREED:

JOSHUA C. LAWHORN – MSB #103902
ATTORNEY FOR TRUSTEE
POST OFFICE BOX 4476
JACKSON, MS 39296-4476
PHONE: 601/362-6161
FAX: 601/362-8826
E-MAIL: HJB@HBARKLEY13.COM

ASH LAW FIRM PLLC
ATTORNEYS FOR DEBTOR