IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE: ROBIN KENDALL PARKER  CASE NO. 19-02418 NPO
CHAPTER 13

## MOTION TO DISMISS

COMES NOW Debtor, by and through counsel, and files this Motion to Dismiss the above styled case and would show the following, to-wit:

That Debtor filed a Chapter 13 Bankruptcy on July 5, 2019.   That it would be in Debtor's best interest to dismiss his case.   That Debtor's employer will henceforth cease deductions of any wages and will account directly to the Debtor for any wages earned.

Debtor prays therefore, that his pending bankruptcy case be hereby dismissed.

Respectfully submitted, this the _____2_____ day of _____Jan._____, 2020.

_____
JORDAN L. ASH
DEBTOR(S) ATTORNEY


J. THOMAS ASH
JORDAN L. ASH
ASH LAW FIRM PLLC
P.O. BOX 13219
JACKSON, MS 39236-3219
601-981-5600

IN RE: ROBIN KENDALL PARKER                    CASE NO. 19-02418 NPO
                                               CHAPTER 13

## CERTIFICATE OF SERVICE

I, Jordan L. Ash, attorney for the Debtor(s), do hereby certify that I have this day mailed or by electronic notice a true and correct copy of the above Motion to Dismiss to the Trustee, Hon. Harold J. Barkley, Jr., P.O. Box 4476, Jackson, MS 39296-4476 and the U.S. Trustee, 501 East Court St., Ste 6-430, Jackson, MS 39201.

This the ___2___ day of January, 2020.

                                               _____
                                               Jordan L. Ash
                                               Debtor(s) Attorney